**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE**

**CIVIL ACTION NO. 20-99-DLB**

**BARBARA ANN HOWARD**                                                                                    **PLAINTIFF**

**v.**                                           **JUDGMENT**

**KILOLO KIJAKAZI, Commissioner
of the Social Security Administration**                                                              **DEFENDANT**

\* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, **IT IS ORDERED AND ADJUDGED** as follows:

(1)  The administrative decision is **AFFIRMED** and Judgment is entered in favor of Defendant Commissioner;

(2)  Plaintiff Barbara Ann Howard's Complaint (Doc. # 1) against Defendant Commissioner is **DISMISSED WITH PREJUDICE**;

(3)  The action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

(4)  This is a final and appealable order and no just cause for delay exists.

This 16th day of February, 2022.



Signed By:
*David L. Bunning*  DB
United States District Judge